UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-08-0525 EJG |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RUDY DUARTE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUDY DUARTE , Case No.  CR. S-08-0525 EJG , Charge  Title 18 USC §§ 1341; 1001 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ _100,000_

        _X_   Unsecured Appearance Bond  _co-signed by Ms. Gideon by 11/18/08_

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_   (Other)   _Pretrial Services Supervision of Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 14, 2008  at  2:45  pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge