1

2   DAN KOUKOL
    Attorney at Law
3   State Bar No. 122526
    11930 Heritage Oak Place, Suite 6
4   Auburn, California 95603
    Telephone: (530) 823-5400
5   Facsimile: (530) 852-0150
    Email: dkoukol@placergroup.com
6
    Attorney for Defendant,
7   **RUDY DUARTE**

8
                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 08-CR-525-EJG |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER |
| 13 | vs. | DATE: April 3, 2009<br>TIME: 10:00 AM |
| 14 | RUDY DUARTE, | JUDGE: Hon. Edward Garcia |
| 15 | Defendant. | |

16

17      It is hereby stipulated and agreed to between the United States of America through

18  Steven Lapham, Assistant U.S. Attorney, and defendant Rudy Duarte, by and through his

19  attorney, Dan Koukol, that the status conference of April 3, 2009 be vacated and that a status

20  conference be set for May 1, 2009 at 10:00 AM.

21      This continuance is being requested because the parties need additional time to discuss

22  the case with the government and negotiate plea agreements.

23      //

24      //

25      //

        //

                                        -1-

1

2    The parties request that the speedy trial time is excluded from the date of this order

3 through the date of the status conference set for May 1, 2009 at 10:00 AM pursuant to 18 U.S.C.

4 § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

5

DATED: APRIL 1, 2009            Respectfully submitted,

6

7                                /s/ DAN KOUKOL

8                                _____
                                 DAN KOUKOL
                                 Attorney for defendant Rudy Duarte
9

10

DATED: APRIL 1, 2009            Respectfully submitted,

11

12                               /s/ DAN KOUKOL FOR

13                               _____
                                 Steven Lapham
                                 Assistant U.S. Attorney
14

**IT IS SO ORDERED**

15

DATED:   April 1, 2009

16

17

                        /s/ Edward J. Garcia
18                      Edward J. Garcia
                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25