# Memorandum ≠ Order

**United States Attorney**
*Eastern District of California*

| Subject | Date |
|---|---|
| United States v. Rudy Duarte<br>Cr.No. ~~S-06-339 JAM~~<br>To O8CR525 EJG | September 09, 2009 |
| Colleen Lydon<br>Courtroom Deputy to the<br>Hon. Edward J. Garcia | **From**<br>R. Steven Lapham<br>Assistant U.S. Attorney    c/EJG |

The Probation Officer has informed the parties that he needs additional time to correct an error in the presentence report. Therefore, the parties respectfull request that judgment and sentencing in this matter be continued from September 11 to ~~September 25~~ October 9th. Thank you.

cc: Dan Koukol, Esq.
    Charles W. Mabie, USPO, Oakland
    Linda Alger, USPO, Sacramento

**FILED**
SEP 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED

_/s/ EJG_
9/9/09