PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

**FOR THE**

# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
**v.** ) **Docket No: 0972 2:08CR00525-001**
)
**RUDY DUARTE** )
)

On October 9, 2009, the above-named was placed on Supervised Release for a period of 36 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated: December 9, 2013
Roseville, California
JAF:aph

/s/ Michael A. Sipe
**REVIEWED BY: MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**Re: DUARTE, Rudy**
**Docket No: 0972 2:08CR00525-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Rudy Duarte be discharged from Supervised Release, and that the proceedings in the case be terminated.

December 9, 2013
**Date**

/s/John A. Mendez for
**HONORABLE WILLIAM B. SHUBB**
**United States District Judge**

Attachment: Recommendation

cc: First AUSA – Phillip A. Talbert